AO 245H   (Rev. 12/07) Judgment in a Criminal Case for a Petty Offense (Short Form)
Sheet 1

# UNITED STATES DISTRICT COURT
### District of Colorado

| UNITED STATES OF AMERICA | **Judgment in a Criminal Case** |
|---|---|
| v. | (For a Petty Offense) — Short Form |
| KAREN M. MILES | Case No.   11-po-00021-GJR |
| | USM No. |
| | William Richardson |
| | Defendant's Attorney |

**THE DEFENDANT:**

☑ **THE DEFENDANT** pleaded guilty to count(s)   One of Information

The defendant is adjudicated guilty of these offenses:

| Title & Section | Nature of Offense | Offense Ended | Count |
|---|---|---|---|
| 36 C.F.R. § 4.2 and C.R.S. § 42-2-138(1)(a) | Driving Whilce License Under Restraint | 02/13/2011 | One |

☐ Count(s) _____ ☐ is  ☐ are dismissed on the motion of the United States.

**CRIMINAL MONETARY PENALTIES**

All criminal monetary penalty payments are to be made as directed by the court.

|  | **Assessment** | **Fine** |
|---|---|---|
| **Total:** | $ 10.00 | $ 200.00 |

Last Four Digits of Defendant's Soc. Sec. No.:   3295

Defendant's Year of Birth:   1968

City and State of Defendant's Residence:
Grand Junction, CO 81501

08/23/2011
Date of Imposition of Judgment

_/s/ Gudrun Rice_
Signature of Judge

Gudrun J. Rice            Magistrate Judge
Name and Title of Judge

08/23/2011
Date